IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS KARGBO | CIVIL ACTION |
| v. | |
| PHILADELPHIA CORPORATION FOR AGING | NO.   13-1216 |

ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 22nd day of April, 2014, after oral argument on April 15, 2014 and review of the briefs and voluminous exhibits, it is hereby **ORDERED**, that defendants' Motion for Summary Judgment (ECF 24) is **GRANTED** in part and **DENIED** in part for the reasons stated on the accompanying memorandum.

It is **ORDERED** that:

1. Defendant's motion for summary judgment on Plaintiff's Title VII claim for wrongful termination is **GRANTED.**

2. Defendant's motion for summary judgment on Plaintiff's remaining claims is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-1216 KARGBO V. PHILA CORP AGING\13CV1316.ORDER.SJM.DOCX